# UNITED STATES DISTIRCT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YADIRA DURAN, and FLOR NAVARRO, on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>BOCA DEL RIO AGRICULTURE, LLC, a California Limited Liability Company; BOCA DEL RIO HOLDINGS, LLC, a California Limited Liability Company; and DOES 1 through 20,<br><br>Defendants. | Case No.: 1:24−CV−01512−JLT−EPG<br><br>ORDER GRANTING JOINT STIPULATION TO SET ASIDE REQUEST FOR ENTRY OF DEFAULT OF BOCA DEL RIO HOLDINGS, LLC<br><br>(ECF No. 12) |

Pursuant to the joint stipulation of the parties (ECF No. 12), and good cause appearing, the Clerk's Entry of Default against Defendant Boca Del Rio Holdings, LLC, entered on February 20, 2025 (ECF Doc. No. 8), is hereby VACATED.

The Defendant shall file and serve a responsive pleading within twenty (20) days of the date of this Order.

IT IS SO ORDERED.

Dated: **May 23, 2025**                    /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE