# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURAN, et al., | Case No. 1:24-cv-01512-JLT-EPG |
| Plaintiffs, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR AT INITIAL SCHEDULING CONFERENCE AND FOR FAILURE TO COMPLY WITH A COURT ORDER |
| v. | |
| BOCA DEL RIO AGRICULTURE, LLC, et al., | |
| Defendants. | SEVEN (7) DAY DEADLINE |

On July 9, 2025, the Court issued a scheduling order that set an initial scheduling conference for August 27, 2025, at 10:00 a.m., with the option to appear telephonically. (ECF No. 19).

On August 13, 2025, the parties filed a joint initial scheduling conference report, which correctly noted the time and date of the initial scheduling conference. (ECF No. 22, p. 2-3).

The Court attempted to hold the scheduling conference on August 27, 2025 at 10:00 am, as scheduled. While counsel for Defendants appeared at the conference, Plaintiff's counsel did not appear at the conference. The Court's courtroom deputy attempted to contact Plaintiff's counsel by phone, but was unable to reach them.

As such, the Court will order Plaintiff to show cause why sanctions should not issue for failure to attend the initial scheduling conference and for failing to comply with a court order to attend the conference.

Accordingly, IT IS ORDERED that, by no later than September 4, 2025, Plaintiff shall show cause in a written filing why sanctions should not issue for failure to attend the initial scheduling conference on August 27, 2025.

Furthermore, IT IS ORDERED that all parties attend the joint scheduling conference, which has been continued to September 10, 2025 at 11:00 a.m.

IT IS SO ORDERED.

Dated: __**August 27, 2025**__                    /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

2