UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YADIRA DURAN, *et al.*, *on behalf of themselves and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BOCA DEL RIO AGRICULTURE, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01512-JLT-EPG<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND RESETTING INITIAL SCHEDULING CONFERENCE<br><br>(ECF Nos. 24, 25). |

On August 27, 2025, the Court issued an order requiring Plaintiffs to show cause as to why sanctions should not issue for failing to appear at the initial scheduling conference. (ECF No. 24). Plaintiffs were directed to file a response within seven days. (*Id.*)

On that same day, Plaintiff's counsel filed a declaration stating counsel did not appear at the initial scheduling conference because he was triple booked the morning of the scheduling conference. (ECF No. 25, p.2). Specifically, counsel states he was attending the conference in place of the Plaintiff's handling counsel, who was in a deposition. Furthermore, counsel stated he had a hearing in another matter that concluded shortly before this action's scheduling conference, but counsel misinterpreted his calendar and did not realize he was also scheduled to attend this action's scheduling conference. (*Id.*).

Upon consideration, the Court's order to show cause (ECF No. 24) is discharged.

1

1  Based on the Court's August 27, 2025 order (ECF No. 24) the previously scheduled initial
2  scheduling conference has been continued to September 10, 2025 at 11:00 a.m.
3  Accordingly, IT IS HEREBY ORDERED that:
4  1. The Court's August 27, 2025 order (ECF No. 24) for Plaintiffs to show cause why
5  sanctions should not issue is DISCHARGED;
6  2. Further, the Court continues the joint initial scheduling conference to September 10, 2025,
7  at 11:00 a.m. To participate in this conference, the parties shall (1) dial 1-669-254-5252,
8  (2) enter 161 733 0675 for the meeting ID followed by #, (3) enter # when asked for the
9  participant ID, (4) enter 740484 for the meeting passcode followed by #, and (5)
10  enter *6 to unmute.

IT IS SO ORDERED.

Dated: **August 28, 2025**              /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE